RANDOLPH CREGGER & CHALFANT LLP
Robert L. Chalfant, State Bar No. 203051
Email: rlc@randolphlaw.net
Wendy Motooka, State Bar No. 233589
Email: wmotooka@randolphlaw.net
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile: (916) 443-2124

Attorneys for Plaintiff
UNION PACIFIC RAILROAD COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

UNION PACIFIC RAILROAD COMPANY,

Plaintiff,

vs.

ADVANCED VEGETATION MANAGEMENT, INC., ALFRED CARRILLO, EDWARD CARRILLO, and DOES 1 TO 15,

Defendants.
_______________________________________/

No. 2:10-CV-00744 FCD KJM

**STIPULATION OF DISMISSAL OF EDWARD CARRILLO**

IT IS HEREBY STIPULATED by and between the Plaintiff UNION PACIFIC RAILROAD COMPANY through its attorneys of record and Defendant EDWARD CARRILLO that the above-captioned action be and hereby is dismissed without prejudice as to EDWARD CARRILLO only pursuant to FRCP 41(a)(1). Each party is to bear its own costs and attorneys' fees.

Dated: April 23, 2010

RANDOLPH CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Plaintiff UNION PACIFIC RAILROAD COMPANY

Dated: April 23, 2010

/s/ Edward Carrillo
EDWARD CARRILLO
Defendant

**ORDER**

IT IS SO ORDERED.

Dated: April 23, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE