RANDOLPH CREGGER & CHALFANT LLP
ROBERT L. CHALFANT (SBN 203051)
Email: rlc@randolphlaw.net
WENDY MOTOOKS (SBN 233589)
Email: wmotooka@randolphlaw.net
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Plaintiff
UNION PACIFIC RAILROAD COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ADVANCED VEGETATION MANAGEMENT, INC., ALFRED CARRILLO, EDWARD CARRILLO, and DOES 1 to 15,<br><br>　　　　　Defendants. | No.: 2:10-CV-00744 FCD GGH (TEMP)<br><br>**STIPULATION AND ORDER EXENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

　　　　Defendant ADVANCED VEGETATION MANAGEMENT, INC. ("AVM") was properly served with the Summons and Complaint in this action on June 29, 2011.  Defendant's response to the complaint was therefore due on or before July 20, 2011.  The time for AVM to respond to the complaint has passed, and AVM has not appeared.

　　　　On July 28, 2011, counsel for AVM called counsel for plaintiff UNION PACIFIC RAILROAD COMPANY ("UPRR") via telephone, indicating AVM's intention to appear in and defend this action.

///

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION AND ORDER EXTENDING TIME
Case No. 2:10-CV00744

1

THEREFORE, IT IS HEREBY STIPULATED by the parties through their attorneys of record that:

1. Defendant AVM shall have until August 11, 2011, to serve and file an answer to the complaint;

2. Plaintiff UPRR shall not request entry of default against AVM until after August 11, 2011, if necessary.

IT IS SO STIPULATED.

Dated: August 2, 2011    RANDOLPH CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Plaintiff UNION PACIFIC RAILROAD COMPANY

Dated: August 2, 2011    LAW OFFICES OF BRIAN MCCLELLAN

/s/ David A. Wallis
DAVID A. WALLIS
Attorneys for Defendant ADVANCED VEGETATION MANAGEMENT, INC.

**IT IS SO ORDERED.**

Dated: August 2, 2011

FRANK C. DAMRELL, JR.
UNITD STATES DISTRICT COURT JUDGE

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION AND ORDER EXTENDING TIME
Case No. 2:10-CV00744

2